```
William A. Hanssen (Bar No. 110613)
Siobhan A. Cullen (Bar No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile:  (213) 253-2301
William.Hanssen@dbr.com

Attorneys for Defendant
U.S. SPECIALTY INSURANCE COMPANY
```

FILED 2008 MAY 16 PM 2:51 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF. LOS ANGELES

COPY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTWOOD INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SPECIALTY INSURANCE CO., and Does 1 through 10,<br><br>Defendants. | Case No.<br>**SACV08-0553 AG (ANx)**<br><br>**DEFENDANT U.S. SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1-1, the undersigned, counsel of record for U.S. Specialty Insurance Company, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name: | Identification & Relationship |
|---|---|
| Eastwood Insurances Services, Inc. | Plaintiff |
| U.S. Specialty Insurance Company | Defendant |

LA1\107342\1                                     1

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

DEFENDANT U.S. SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES

1     The undersigned further certifies that the following is a full and complete list
2 of other persons, firms, partnerships, corporations, or organizations that have a
3 financial interest in, or another interest which could be substantially affected by, the
4 outcome of this case (including a relationship as a parent or holding company or
5 similar relationship):

6     U.S. Specialty Insurance Company is a wholly owned subsidiary of Houston
7 Casualty Company. Houston Casualty Company is a wholly owned subsidiary of
8 Illium, Inc. Illium, Inc. is a wholly owned subsidiary of HCC Insurance Holdings,
9 Inc., a publicly held company.

DATED: May 16, 2008           DRINKER BIDDLE & REATH LLP

By: /s/ William A. Hanssen
William A. Hanssen
Siobhan A. Cullen

Attorneys for Defendant
U.S. SPECIALTY INSURANCE COMPANY

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\107342\1           2

DEFENDANT U.S. SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES