# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTWOOD INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. SPECIALTY INSURANCE CO., and Does 1 through 10, <br><br> Defendants. | Case No. SACV 08-0553 AG (ANx) <br> Hon. Andrew J. Guilford <br> Dept. 10-D <br><br> **JUDGMENT** |

This action came on for hearing before the Honorable District Judge Andrew J. Guilford Presiding on February 2, 2009, on a Motion for Summary Judgment by U.S. Specialty Insurance Company ("USSIC") as to the First Amended Complaint of Plaintiff Eastwood Insurance Services, Inc. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff Eastwood Insurance Services, Inc. take nothing, that the action be dismissed with prejudice and that Defendant USSIC recover its costs.

Dated: 2/19/09

_____
HON. ANDREW J. GUILFORD
District Court Judge

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

2

Case No. SACV08-0553 (ANx)
[PROPOSED] JUDGMENT

**LAW OFFICES**
DRINKER BIDDLE &
REATH LLP
Los Angeles