| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RUTAN & TUCKER, LLP<br>Duke F. Wahlquist (State Bar No. 117722)<br>Gerard M. Mooney (State Bar No. 222137)<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br>dwahlquist@rutan.com<br>gmooney@rutan.com |
| 6<br>7 | Attorneys for Plaintiff<br>EASTWOOD INSURANCE SERVICES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTWOOD INSURANCE SERVICES, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>U.S. SPECIALTY INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 8:08-cv-00553-AG-AN<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Date Removed: May 16, 2008<br>Trial Date:      Not Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2152/015922-0029
2182057.1 a06/22/11

ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE

-1-

1  In light of the Stipulation For Dismissal With Prejudice filed by the parties,
2  **IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice.
3  The parties shall bear their own fees and costs.

Dated: June 28, 2011    _____
                        Judge of the U.S. District Court
                        Andrew J. Guilford

Rutan & Tucker, LLP
attorneys at law

2152/015922-0029
2182057.1 a06/22/11

[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE

-2-